# United States District Court
## *Southern District of Georgia*

JOHNNY L. VAUGNS,

    Plaintiff,

                      **v.**

MAJOR LEVERTT and DEPUTY GREGORY,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV117-005

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of this Court entered on April 17, 2017, the Magistrate Judge's Report and Recommendation is ADOPTED as the opinion of this Court. Therefore, this case is DISMISSED without prejudice as a sanction and this civil action stands CLOSED.



April 17, 2017
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*