IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JOHNNY L. VAUGHNS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-005 |
| | ) | |
| MAJOR LEVERTT and DEPUTY GREGERY, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On March 20, 2017, the Magistrate Judge recommended dismissing this case without prejudice as a sanction for Plaintiff providing dishonest information about his prior filing history. (Doc. no. 8.) According to the Order issued with that recommendation, objections were due by April 6, 2017. (Doc. no. 9.) The Court received no objections from Plaintiff within the proper time. On April 17, 2017, after conducting a careful, *de novo* review of the file, the Court issued an Order adopting the Magistrate Judge's Report and Recommendation ("R&R") and dismissing Plaintiff's case without prejudice. (Doc. no. 10.) On April 20, 2017, the Clerk received and filed objections purportedly signed April 4, 2017. (Doc. no. 12.) Nothing in Plaintiff's objections warrants reconsideration of the Court's April 17th Order.

Plaintiff contends he "honestly didn't know he was obligated to mention prior pleading [sic] or else he would have complied." (Id. at 1.) However, Plaintiff's filing history

reveals he was well aware of the disclosure requirements because this Court has previously warned him of them. See Vaughns v. Roundtree et al., CV 116-047, doc. nos. 16, 18 (S.D. Ga. Sept. 2016). Furthermore, the question on the complaint form is clear. It asks if Plaintiff has "filed other lawsuits in federal court while incarcerated in any institution," to which Plaintiff checked "No." (Doc. no. 1, p. 1.) Finally, as the case law cited in the Report and Recommendation makes clear, failing to disclose prior filing history will not be tolerated, and the Eleventh Circuit has repeatedly approved of dismissing a case without prejudice as a sanction. (See doc. no. 8, p. 3.)

In sum, Plaintiff abused the judicial process by providing dishonest information about his prior filing history. Nothing in these belated objections changes that fact. Therefore, the Court will not reconsider its April 17th Order adopting the Magistrate's R&R. The case shall remain dismissed without prejudice and closed.

SO ORDERED this 2nd day of May, 2017, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA